FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MALOY, ) | No. CV 12-2688-CAS (CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| T. VERGA, Warden, ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: Feb. 26, 2013

_____
CHRISTINA A. SNYDER
United States District Judge